**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy Dewyane Soard,<br><br>Plaintiff,<br><br>v.<br><br>Unknown Wheaton, et al.,<br><br>Defendants. | No. CV-20-02407-PHX-JJT (ESW)<br><br>**ORDER** |

On December 11, 2020, Plaintiff Jimmy Dewyane Soard, who was confined in the Arizona State Prison Complex-Lewis, filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). On March 1, 2021, the Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A(a) and ordered Defendants Wheaton and Davenport to answer Count One of the Complaint (Doc. 7 at 9). The Court further instructed Plaintiff to file and serve a notice of change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure should his address change (Id. at 8).

Defendants timely filed an Answer, and all issues are joined (Doc. 11). Defendants filed a Motion for Summary Judgement which is pending briefing (Doc. 21). On November 19, 2021, the Court sent Plaintiff an Order at his address of record (Doc. 23). On Dec. 6, 2021, the Order was returned to the Court marked: "Return to Sender/Refused/Unable to Forward." (Doc. 24). In addition, handwritten on the returned envelop was the word "Released." (Id.)

IT IS ORDERED that no later than **December 23, 2021** Plaintiff either (i) file a notice of change of address as instructed by the Court or (ii) show cause why his case should not be dismissed for failure to prosecute and comply with the Court's order.

Dated this 8th day of December, 2021.

*/s/ Eileen S. Willett*
Honorable Eileen S. Willett
United States Magistrate Judge