# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy Dewyane Soard, | No. CV-20-02407-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Wheaton, *et al.*, | |
| Defendants. | |

Plaintiff Jimmy Dewyane Soard, who was previously in the custody of the Arizona Department of Corrections (ADC) brought this pro se civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1.) Upon screening Plaintiff's Complaint under 28 U.S.C. 1915A(a), the Court determined that Plaintiff stated an Eighth Amendment excessive force claim in Count One against Defendants Wheaton and Davenport and ordered them to answer. (Doc. 7.) The Court dismissed the remaining claims and Defendants. (*Id.*)

Before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation. (Doc. 26.) The Report and Recommendation recommends dismissing the action for failure to prosecute and failure to comply with Court orders pursuant to Federal Rule of Civil Procedure 41(b). (*Id.*) Notably, on July 13, 2021, December 6, 2021, December 27, 2021, and January 10, 2022, mail that the Court sent to Plaintiff was returned as undeliverable. (Docs. 20, 24, 27, 28). In addition, the ADC's Inmate Data Search reflects that Plaintiff was released from custody on October 20, 2021.[1] Further, the Court ordered

---

[1] *See* ADC Inmate Datasearch, https://corrections.az.gov/public-resources/inmate-datasearch (Search inmate number "145455") (last visited Jan. 13, 2022).

that no later than December 23, 2021, Plaintiff must either (i) file a notice of change of address as instructed by the Court or (ii) show cause why his case should not be dismissed for failure to prosecute and comply with the Court's order. (Doc. 25.) To date, Plaintiff has not filed a Notice of Change of Address or responded to the Court's Order (Doc. 25).

Neither party has filed objections; thus, the Court is not obligated to review the Report and Recommendation. *See U.S. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*); Fed. R. Civ. P. 72(b)(3) ("[t]he district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to"). Even so, the Court has reviewed Judge Willett's Report and Recommendation and incorporates and adopts it.

**IT IS ORDERED:**

(1) The Report and Recommendation (Doc. 26) is **adopted** without modification, and the action is dismissed **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

(2) Defendants' Motion to for Summary Judgment (Doc. 21) is **denied as moot**.

(3) The Clerk of Court must enter judgment accordingly.

Dated this 19th day of January, 2022.

Honorable John J. Tuchi
United States District Judge